IN THE

## SUPREME COURT OF JUDICATURE

OF THE

### STATE OF INDIANA,

AT CORYDON, MAY TERM, 1824, IN THE EIGHTH YEAR OF THE STATE.

## PREWITT v. JENKINS.

*Monday,*
*May 10.*

IF a bill in chancery for a specific performance of a contract to convey land, do not aver that the complainant has not a complete remedy at law, the defect can only be taken advantage of by demurrer (1).

(1) So, an objection to the bill, that the party has an adequate remedy at law, should be taken by a demurrer. It cannot be made, after an answer, at the hearing. *Underhill* v. *Van Cortlandt*, 2 Johns. Ch. R. 339, 369.

## HARPER v. LEVY, in Error.

*Monday,*
*May 10.*

DEBT on a sealed note for 65 dollars, payable in bankable money: *Held,* that covenant, not debt, is the proper action in such a case (1).

(1) Vide *Hedges* v. *Gray*, ante, p. 216, and note;—also *Coldren* v. *Miller*, post, p. 296.